IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OCTAVIA BAZEMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12cv436-MEF |
| | ) | |
| DYNAMIC SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On July 26, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 16). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The motion to dismiss filed by defendant Dynamic Security (Doc. # 7) is GRANTED as to plaintiff's Title VII claim and that plaintiff's Title VII claim is DISMISSED with prejudice;

2. Plaintiff's Title VII claim against Woodall is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B);

3. Dynamic Security, Inc. is substituted for the defendant identified incorrectly as Dynamic Security;[1] and

---

[1]   See Doc. # 7 at p. 1.

4. Plaintiff's FMLA claims against the defendants are referred back to the Magistrate Judge for further proceedings.

DONE this the 16th day of August, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE